IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT
05 APR 21 PM 12: 43
TX EASTERN - BEAUMONT
BY BC

| | | |
|---|---|---|
| ROBERT L. O'CONNOR | § § | |
| V. | § § | NO. 1:04-CV-76 |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration | § § § § | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, remanding this action to the Commissioner for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g).

SIGNED this _28th_ day of _April_, 2005.

_____
Howell Cobb
United States District Judge